UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY CLINCHY,<br>　　　　Plaintiff, | :<br>:<br>: |
| v. | : No. 5:24-cv-0464 |
| JDL VENTURES CORPORATION and<br>DOUGLAS J. BECK<br>　　　　Defendants. | :<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 29th day of October, 2024, for the reasons set forth in the Opinion issued this date, Plaintiff's Motion for Default Judgment, *see* ECF No. 23, is **GRANTED**. **IT IS ORDERED THAT** judgment is entered in favor of Plaintiff and against JDL Ventures Corp. and Douglas J. Beck in the amount of $177,420.61.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge